1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   FIREBAUGH CANAL WATER DISTRICT, )      1:88-cv-0634 OWW
    etc., et al.,                   )      consolidated with
10                                  )      1:92-cv-5554 OWW
                     Plaintiffs,    )      partially consolidated with
11                                  )      1:91-cv-0048 OWW
         v.                         )
12                                  )      ORDER AFTER SCHEDULING
    UNITED STATES OF AMERICA, et    )      CONFERENCE
13  al.,                            )
                                    )      Further Scheduling
14                   Defendants.    )      Conference: 1/14/09 8:15
                                    )      Ctrm. 3
15                                  )
    _____)
16

17

18  I.   Date of Scheduling Conference.

19       July 18, 2008.

20  II.  Appearances of Counsel.

21       Minasian, Spruance, Meith, Soares & Sexton by Paul R.

22  Minasian, Esq., appeared on behalf of Plaintiffs, Firebaugh Canal

23  Water District and Central California Irrigation District.

24       Stephen M. MacFarlane, Esq., appeared on behalf of the

25  Federal Defendants.

26       Kronick, Moskovitz, Tiedemann & Girard by Daniel J.

27  O'Hanlon, Esq., appeared on behalf of Intervenor, Westlands Water

28  District.

                                1

1  Lisa & Lisa by Diane Van Atta Rathmann, Esq., appeared on
2  behalf of the Panoche Drainage District.

3  Griswold LaSalle Cobb Dowd and Gin by Raymond L. Carlson,
4  Esq., appeared on behalf of Broadview Water District and San Luis
5  Water District.

6  Altshuler Berzon LLP by Hamilton Candee, Esq., appeared on
7  behalf of Intervenors, Natural Resources Defense Council and the
8  Bay Institute.

9  Laurens H. Silver, Esq., appeared on behalf of the
10  California Environmental Law Project.

11  III. Status of Case.

12  1.  The parties reported on negotiations conducted through
13  Senator Feinstein's office and stakeholder efforts to effectuate
14  a non-judicial resolution.  Plaintiffs also reported that an
15  extension regarding regulatory approval should be forthcoming.
16  All parties agreed that it would be in the best interests of the
17  parties, the interests of justice, and to conserve judicial
18  resources, economy and expedition, that the conference be
19  continued for a further hearing.

20  2.  The parties agreed that the only issues that are
21  presently viable are the tort claims brought by Plaintiffs under
22  state law.  A second claim against higher elevation land owners
23  for trespass, nuisance, and related harms also remains to be
24  decided.

25  3.  A scheduling conference in this case shall be held
26  ///
27  ///
28  ///

2

January 14, 2009, at 8:15 a.m.   The parties may appear
telephonically.

IT IS SO ORDERED.

Dated:    **July 25, 2008**                         **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

3